AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

JUL 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _CT_            DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MOISES RABI LOPEZ-DUARTE

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 CR 2324 WQH
~~08 CR 2325-JAH~~

I, <u>MOISES RABI LOPEZ-DUARTE</u>, the above named defendant, who is accused of

committing the following offense:

Importation of marijuana, in violation of Title 21, United States Code, Sections 952
and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on July 15, 2008 _____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

Moises Lopez
Defendant

Robert A. Garcia
Counsel for Defendant

Before _____
Judicial Officer